SEAN K. KENNEDY (No. 145632)
Acting Federal Public Defender
E-mail: Sean_Kennedy@fd.org
CALLIE GLANTON STEELE (No. 155442)
Deputy Federal Public Defender
(Callie_Steele@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-6075
Facsimile (213) 894-0081

Attorneys for Defendant
ISABEL LINDA WARREN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 02-1166-JFW |
| Plaintiff, ) | **ORDER CONTINUING HEARING ON MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. ) | |
| ISABEL LINDA WARREN, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing on the Motion to Reduce Sentence Pursuant to 18 U.S.C. §3852(c)(2) is continued from Monday, May 18, 2009, at 9:00 a.m., to Monday **June 8, 2009, at 9:00 a.m.**

DATED: May 8, 2009        _____
                          HONORABLE JOHN F. WALTER
                          United States District Judge

Submitted by:

     /s/
_____
CALLIE GLANTON STEELE
Deputy Federal Public Defender